**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Anthony James Moore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE PLAINTIFF'S MOTION FOR** |
| | ) | **EFFECTIVE SERVICE OF AMENDED** |
| vs. | ) | **COMPLAINT** |
| | ) | |
| Fargo Police Department, | ) | Case No. 1:06-cv-095 |
| | ) | |
| Defendant. | ) | |

On January 16, 2007, the plaintiff filed a "Motion for Order Of Effective Service of the Amended Complaint and Summons." Believing that the defendant had refused to execute and return a waiver of service, he requested that the Clerk of Court effect service and that the court sanction the defendants.

Notably, the defendant filed a waiver of service on January 16, 2007. Accordingly, the plaintiff's motion (Docket No. 16) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge