IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Anthony James Moore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Fargo Police Department, | ) | Case No. 1:06-cv-095 |
| | ) | |
| Defendant. | ) | |

Previously, the court ordered the defendant to submit by March 13, 2007, a report regarding the status of its review of plaintiff's document request. In compliance with the court's order, defense counsel filed an affidavit on March 13, 2007, wherein she attests that the defendant did not object to the plaintiff's request and that it was providing him with the requested documentation.

The plaintiff filed a Motion for Contempt of Court On March 15, 2007, which appears to be based upon a lack of awareness of the defendant's response due to his simply having not yet received the response by mail. In any event, the defendant's response complied with the court's order. The plaintiff's motion (Docket No. 48) is summarily **DENIED**.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge