# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Anthony James Moore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF'S** |
| | ) | **MOTION TO RECONSIDER** |
| vs. | ) | |
| | ) | |
| Fargo Police Department, | ) | |
| | ) | Case No. 1:06-cv-095 |
| Defendant. | ) | |

On April 26, 2007, Plaintiff Anthony James Moore filed a document entitled Plaintiffs objection to the chief Judges order adopting the Magistrates Report and recommendation at docket Entry number 56." The Court will treat the Plaintiff's filing as a motion to reconsider the Court's Order of April 20, 2007, adopting the report and recommendation and ordering that summary judgment be entered against Moore and that the case be dismissed. (Docket No. 56).

Having carefully reviewed the record, the Court finds no basis for reversing its previous order. The Court **DENIES** the Plaintiff's motion to reconsider. (Docket No. 59).

**IT IS SO ORDERED.**

Dated this 30th day of April, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court