**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Anthony James Moore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF'S** |
| | ) | **MOTION TO RECONSIDER** |
| vs. | ) | |
| | ) | |
| Fargo Police Department, | ) | |
| | ) | Case No. 1:06-cv-095 |
| Defendant. | ) | |

On April 25, 2007, Plaintiff Anthony James Moore filed a document entitled "Objection to the chief judges order Denying the plaintiffs motion for order To amend amended complaint at docket Entry number 55." The Court will treat the Plaintiff's filing as a motion to reconsider the Court's Order of April 19, 2007, denying Moore's motion to amend the amended complaint. (Docket No. 55).

Having carefully reviewed the record, the Court finds no basis for reversing its previous order. The Court **DENIES** the Plaintiff's motion to reconsider. (Docket No. 58).

**IT IS SO ORDERED.**

Dated this 30th day of April, 2007.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court